Pittsburgh Rys. Co. *v.* Public Service Commission,
Appellant (No. 2).

OPINION BY HENDERSON, J., March 13, 1917:
This case was heard with No. 97, April Term, 1917,
between the same parties and involves the same question.
In an opinion this day filed in that case the appeal of the
complainant was dismissed. For the reasons there given
this appeal is dismissed at the cost of the appellant.